JOHN MCGUIRE, Respondent, *v.* THE HARTFORD FIRE INSURANCE COMPANY, Appellant.

*McGuire* v. *Hartford Fire Ins. Co.*, 7 App. Div. 575, affirmed.
(Argued January 19, 1899; decided February 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 22, 1896, denying a motion for a new trial upon exceptions ordered to be heard in the first instance at the Appellate Division, and ordering judgment in favor of plaintiff upon a verdict directed by the court.

*Horace McGuire* for appellant.

*George P. Decker* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., and GRAY, J., dissenting.

---

GEORGE W. WHITE, Respondent, *v.* WARREN H. JEFFERS et al., Appellants.

*White* v. *Jeffers*, 3 App. Div. 620, affirmed.
(Submitted January 19, 1899; decided February 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 2, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*M. P. O'Connor* for appellants.

*Chas. S. Taber* for respondent.

Judgment and order affirmed, with costs and ten per cent damages, under section 3251, subdivision 5, of the Code of Civil Procedure; no opinion.
All concur.